THE STATE OF OHIO, APPELLEE, *v.* LOVE, APPELLANT.

[Cite as *State v. Love,* 124 Ohio St.3d 560, 2010-Ohio-1421.]

(No. 2009–0750—Submitted March 31, 2010—Decided April 7, 2010.)

{¶ 1} The judgment of the court of appeals holding that felonious assault as defined by R.C. 2903.11(A)(2) and attempted murder as defined by R.C. 2903.02(A) and R.C. 2923.02 are not allied offenses of similar import is reversed on the authority of *State v. Williams,* 124 Ohio St.3d 381, 2010-Ohio-147, 922 N.E.2d 937.

MOYER, C.J.,[1] and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Scott M. Heenan, Assistant Prosecuting Attorney, for appellee.

Roger W. Kirk, for appellant.